Kim Brightwell (Texas SBN 02992700)
Sinéad O'Carroll (Texas SBN 24013253)
Reeves & Brightwell LLP
221 W. 6th Street, Suite 1000
Austin, TX 78701-3410
Telephone: 512.334.4500
Facsimile: 512.334.4492
socarroll@reevesbrightwell.com

K.T. Cherian (Cal. Bar No. 133967)
Srecko Vidmar (Cal. Bar No. 241120)
Maren J. Clouse (Cal. Bar No. 228726)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 374-2300
Facsimile:  (415) 374-2499

Peter J. O'Rourke (Cal. Bar No. 227164)
ORACLE CORPORATION
500 Oracle Parkway, MS 5OP7
Redwood Shores, California  94065
Telephone:  (650) 506-5200
Facsimile:  (650) 506-7114

Attorneys for Defendants
ORACLE CORPORATION and
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL V. MORINVILLE and ORG STRUCTURE INNOVATIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>Defendants. | Case No. 12-cv-00297-SBA<br><br>**ORDER ALLOWING WITHDRAWAL OF REEVES & BRIGHTWELL LLP AS COUNSEL OF RECORD FOR DEFENDANTS ORACLE CORPORATION AND ORACLE AMERICA, INC.**<br><br>Honorable Saundra Brown Armstrong |

1
2
3
4
5
6
7

Defendants Oracle Corporation and Oracle America, Inc. ("Oracle") filed on February 10, 2012 a Notice of Withdrawal of Reeves & Brightwell LLP as Counsel of Record in this action. Following that Notice, and in accordance with Civil Local Rule 11-5(a), Reeves & Brightwell LLP and attorneys Kim Brightwell and Sinéad O'Carroll may withdraw as counsel for Oracle in this action. Accordingly, the Clerk shall terminate Reeves & Brightwell LLP as counsel of record for Oracle and discontinue ECF/CM notices to Kim Brightwell and Sinéad O'Carroll for this action.

8
9

IT IS SO ORDERED.

10
11

Dated: February 13, 2012

_____
THE HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28