Steven R. Daniels (Cal. Bar No. 235398)
Wayne M. Harding (Tex. Bar No. 08978500)
FARNEY DANIELS LLP
800 S. Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
E-Mails: SDaniels@farneydaniels.com
WHarding@farneydaniels.com

ATTORNEYS FOR PLAINTIFFS
PAUL V. MORINVILLE and
ORG STRUCTURE INNOVATIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAUL V. MORINVILLE and ORG STRUCTURE INNOVATIONS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION and ORACLE AMERICA, INC.,<br><br>Defendants. | Case No. 12-cv-00297-SBA<br><br>Hon. Saundra Brown Armstrong<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Private ADR: Private mediation with Hon. Edward A. Infante (Ret.), scheduled for June 6, 2012.

The parties agree to hold the ADR session by the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

1
2
3   Dated: March 20, 2012                           FARNEY DANIELS, LLP
4
                                                   */s/ Steven R. Daniels*
                                                   Steven R. Daniels
5
                                                   **Attorney for Plaintiffs**
6                                                  **PAUL V. MORINVILLE and**
                                                   **ORG STRUCTURE INNOVATIONS LLC**
7
8
9   Dated: March 20, 2012                           HOGAN LOVELLS US LLP
10
                                                   */s/ Maren J. Clouse*
                                                   Maren J. Clouse
11
12                                                 **Attorneys for Defendants**
                                                   **ORACLE CORPORATION and**
13                                                 **ORACLE AMERICA, INC.**

14  I, Steven R. Daniels, attest that Maren J. Clouse has read and approved this Stipulation and Proposed Order Selecting ADR Process and consents to its filing in this action.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

X    The parties' stipulation is adopted and IT IS SO ORDERED.

☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 4/2/12                              *Sandra B. Armstrong*

                                           UNITED STATES JUDGE

Rev. 12/11